```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 39200
    ILYAS MOHIUDDIN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-0362
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 09/21/2005 and was confirmed 12/08/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 39.94%.

The case was paid in full 10/07/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED OTH | 966.71 | .00 | 386.07 |
| ENCORE RECEIVABLE MANAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| HALLMARK & JOHNSON | UNSECURED | NOT FILED | .00 | .00 |
| HALLMARK & JOHNSON | UNSECURED | NOT FILED | .00 | .00 |
| HALLMARK & JOHNSON | UNSECURED | NOT FILED | .00 | .00 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | FILED LATE | 3535.54 | .00 | .00 |
| SST CARD SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 326.14 | .00 | 130.24 |
| AMERICAN GENERAL FINANCE | SECURED | 1800.00 | .00 | 1800.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 830.81 | .00 | 331.78 |
| MEADOWS CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH J CHAPMAN | DEBTOR ATTY | 1,700.00 | | 1,700.00 |
| TOM VAUGHN | TRUSTEE | | | 280.16 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,628.25 | |
| PRIORITY | | .00 |
| SECURED | | 1,800.00 |
| UNSECURED | | 848.09 |
| ADMINISTRATIVE | | 1,700.00 |
| TRUSTEE COMPENSATION | | 280.16 |
| DEBTOR REFUND | | .00 |
| TOTALS | 4,628.25 | 4,628.25 |

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 39200 ILYAS MOHIUDDIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |